IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LLOYD GARETH SHAND, | * |
| Petitioner, | * |
| v. | Case No. 4:21-CV-2-CDL-MSH |
| | * |
| Warden, STEWART DETENTION CENTER, et al., | * |
| Respondents. | * |

**J U D G M E N T**

Pursuant to this Court's Order dated April 21, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 22nd day of April, 2021.

David W. Bunt, Clerk

s/ Terrie L. Potts, Deputy Clerk